

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*United States District Courthouse
300 Quarropas Street
White Plains, New York 10601*

September 23, 2020

**By Email**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *United States v. Daremus Augustus Reynolds*, 19 Mag. 10528

Dear Judge McCarthy:

    In light of the arrest of the defendant in the above-referenced matter, the Government respectfully requests that the complaint be unsealed.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Kevin Sullivan
Assistant United States Attorney
(914) 993-1924

SO ORDERED:

_____ 9-23-2020
JUDITH C. McCARTHY
United States Magistrate Judge