UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,   **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

-CR-    ( )( )

DAREMUS REYNOLDS,   19mj10528

Defendant(s).
-----------------------------------------------------------X

Defendant ___Daremus Reynolds_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

/s/ Daremus Reynolds
Defendant's Signature                                         Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Daremus Reynolds                                              Jason Ser
Print Defendant's Name                                        Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/23/2020                                                     Judith C. McCarthy
Date                                                          U.S. District Judge/U.S. Magistrate Judge